

**Tucker Ellis LLP**

515 South Flower Street, Forty Second Floor | Los Angeles, CA 90071 | TEL 213.430.3400 | FAX 213.430.3409

November 30, 2022

DIRECT DIAL 213.430.3131 | Robert.Crowder@tuckerellis.com

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

Re: Letter Motion Seeking Short Adjournment of Pre-Settlement Conference Scheduling Call
    Certain Underwriters at Lloyd's v. QANTAS Airways Ltd., Case No. 1:22-cv-06221 (PAE) (OTW)

Dear Judge Wang:

Undersigned counsel respectfully requests a short adjournment of the Pre-Settlement Conference Scheduling Call currently set for January 5, 2023 at 3:00 p.m. as Ordered by the Court on November 29, 2022 (ECF No. 27).

Plaintiffs' lead counsel who is submitting this letter motion is currently scheduled to be traveling internationally at the time of the proposed call. Prior to submitting this letter motion, undersigned counsel conferred with Defendant's counsel of record Bartholomew Banino regarding the nature of this request and is authorized to relay to the Court that the request is unopposed. Counsel also met and conferred regarding their availability and jointly relay that at this time, they can attend the Scheduling Call on any date the following week that is convenient for the Court.

We thank the Court for its time and attention to this letter motion.

Sincerely,

TUCKER ELLIS LLP

Robert S. Crowder
Attorney

---

Application **GRANTED**. The Pre-Settlement Conference Scheduling Call scheduled for January 05, 2023 is hereby adjourned to **Thursday, January 12, 2023 at 2:30 p.m.** The parties are directed to refer to ECF 27 for dial-in information.

**SO ORDERED.**

_____
Ona T. Wang                    12/1/22
U.S.M.J.

tuckerellis.com